IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, <u>et</u> <u>al</u>., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | No. 92-675 L <br><br> Judge Patricia E. Campbell-Smith <br><br> *Electronically filed on November 14, 2022* |

**<u>JOINT MOTION FOR DISMISSAL WITH PREJUDICE, AND [PROPOSED] ORDER</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the Court of Federal Claims ("RCFC"), Plaintiffs and the United States ("Parties") hereby jointly request that this Court issue an Order (1) dismissing this case with prejudice, pursuant to the Settlement Agreement that was executed on November 30, 2020, between the Chippewa Cree Tribe of the Rocky Boy's Reservation, the Turtle Mountain Band of Chippewa Indians, the Little Shell Tribe of Chippewa Indians of Montana, and the White Earth Band of Chippewa Indians (also known as the "White Earth Nation") (collectively, "Tribal Plaintiffs"), and the United States ("Tribal Plaintiffs' Settlement Agreement"), as well as the Class Action Settlement Agreement ("DDC Class Action Settlement Agreement") that was lodged by Plaintiffs and Defendants on January 22, 2021, in *Peltier, et al. v. Haaland, et al.*, No. 1:20cv03775-TFH (D.D.C.) ("*Peltier*" or "DDC Class Action Companion Case") (*Peltier*, ECF No. 14) and the District Court's Order Granting Final Certification of Class Pursuant to Fed. R. Civ. P. 23(B)(3) for Settlement Purposes Only, and Final Approval of Class Action Settlement Agreement ("Final Settlement Class Certification and Final Class Action Settlement Approval Order") (ECF No. 34) in *Peltier*; and (2) directing that the Parties bear their own fees and costs, also pursuant to the Tribal Plaintiffs' Settlement Agreement in this case, as well as the DDC Class

Action Settlement Agreement (ECF No. 14) and the Final Settlement Class Certification and Final Class Action Settlement Approval Order (ECF No. 34) in *Peltier*.

Respectfully submitted this 14th day of November, 2022,

|  |  |
|---|---|
|  | TODD KIM<br>Assistant Attorney General |
|  | *s/Anthony P. Hoang*<br>*by s/Melody L. McCoy*<br>*pursuant to written authorization*<br>*provided on November 14, 2022* |
| *s/Melody L. McCoy*<br>MELODY L. MCCOY<br>Native American Rights Fund<br>1506 Broadway<br>Boulder, CO 80302<br>Tel: (720) 647-9691<br>Fax: (303) 443-7776 | ANTHONY P. HOANG<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel: (202) 305-0241<br>Fax: (202) 305-0506 |
| Attorney of Record for Plaintiffs |  |
| OF COUNSEL: | Attorney of Record for the United States |
| JOHN E. ECHOHAWK<br>K. JEROME GOTTSCHALK<br>Native American Rights Fund<br>1506 Broadway<br>Boulder, CO 80302 | OF COUNSEL:<br><br>DONDRAE MAIDEN<br>VICTORIA A. CEJAS<br>Office of the Solicitor<br>United States Department of the Interior<br>Washington, D.C. 20240<br><br>THOMAS KEARNS<br>REBECCA SALTIEL<br>Office of the Chief Counsel<br>Bureau of the Fiscal Service<br>United States Department of the Treasury<br>Washington, D.C. 20217 |

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 14, 2022, I used the ECF system to transmit electronically the foregoing document to the Clerk of the Court for filing and transmittal of a Notice of Electronic Filing to the ECF registrants in this case.

*s/Melody L. McCoy*
MELODY L. McCOY
