IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 92-675 L |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff and the United States' Joint Motion for Dismissal With Prejudice. Upon consideration of the parties' joint motion and supporting papers and for good cause shown, it is hereby ORDERED that

1. The parties' joint motion should be and hereby is GRANTED.

2. This case is DISMISSED WITH PREJUDICE.

3. The parties shall bear their own attorney fees and costs.

SO ORDERED.

Date: _____          _____
                                                                                     PATRICIA E. CAMPBELL-SMITH
                                                                                     Judge