# In the United States Court of Federal Claims

No. 92-675L

(E-Filed: November 15, 2022)

|   |   |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

On November 14, 2022, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (RCFC), the parties filed a joint motion for dismissal with prejudice in this case. See ECF No. 534. Therein, the parties set forth the settlement agreements executed in resolving plaintiffs' claims in this case and request the court issue an order dismissing plaintiffs' complaint with prejudice. Id. at 1-2.

The court commends the parties for their cooperative efforts in resolving this matter without further litigation. Accordingly, for good cause shown:

(1)  The parties' joint motion for dismissal with prejudice, ECF No. 534, is **GRANTED**;

(2)  Pursuant to RCFC 41(a)(1)(A)(ii), the clerk's office is directed to **ENTER** final judgment **DISMISSING** plaintiffs' complaint, **with prejudice**; and

(3)  The parties shall bear their own attorney fees and costs.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge